UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Eddie M. Diaz,

                    Plaintiff,         CV-03-6466(CPS)(RML)

- against -                      JUDGMENT

Paragon Motors of Woodside, Inc. and
Americredit Financial Services, Inc.

                    Defendants.
----------------------------------------X

      This action came on for trial before the Court, Honorable Charles P. Sifton, Senior District Judge, presiding, and the issues having been duly tried and the Court having duly rendered its decision,

      It is Ordered and Adjudged that plaintiff Eddie M. Diaz is awarded $1000 in damages against Paragon Motors of Woodside, Inc. under his TILA, 15 U.S.C. § 1601 *et seq.*, claim, $7,890 in damages under his N.Y. Veh. & Traf. Law § 417-a claim and N.Y. Gen. Bus. Law § 349 claim against both Paragon Motors of Woodside, Inc. and Americredit Financial Services, Inc. Plaintiff's claims pursuant to the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691, New York General Business Law § 198-b and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310, are dismissed.

Eddie M. Diaz is awarded attorney fees in the amount of $64,236.50 and disbursements in the amount of $3,117.02.

Dated :    Brooklyn, New York

        October 2, 2007

_____

Clerk of Court